12cv6632

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/28/12



MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Southern District of New York |
|---|---|
| Name (under which you were convicted): Roderick Gunn | Docket or Case No.: 03 Cr 1277 (WHP) |
| Place of Confinement: U.S.P Atwater | Prisoner No.: 55254-054 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) Roderick Gunn |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court Southern District of New York 500 Pearl Street, New York, N.Y 10007

(b) Criminal docket or case number (if you know): 03 Cr 1277 (WHP)

2. (a) Date of the judgment of conviction (if you know): December 19, 2003

(b) Date of sentencing: March 2010

3. Length of sentence: 141 months

4. Nature of crime (all counts): Hobbs Act conspiracy; Hobbs Act robberies, 18 U.S.C 1951 (Counts One and Two); Count Three, 924(c) Count Four: Marijuana Conspiracy: 21 U.S.C 841(a)(1) 841 (b)(1)(D); Counts Five and Six: 18 U.S.C 922 (g)(5)

5. (a) What was your plea? (Check one)

(1) Not guilty ☐ (2) Guilty ☑ (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☑

8. Did you appeal from the judgment of conviction? Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: United States Court of Appeal, Second Circuit

(b) Docket or case number (if you know): ____

(c) Result: Denied

(d) Date of result (if you know): April 15, 2011

(e) Citation to the case (if you know): 419 Fed Appx 106, 2011 U.S App Lx 7860

(f) Grounds raised: Hobbs Act and Narcotics' conspiracy lacked a sufficient factual basis

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☑ No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): No 11-5366

(2) Result: Cert denied

(3) Date of result (if you know): October 2011

(4) Citation to the case (if you know): ____

(5) Grounds raised: (same as Direct Appeals) to my knowledge.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ____

(2) Docket or case number (if you know): ____

(3) Date of filing (if you know): ____

(4) Nature of the proceeding: ______________________

(5) Grounds raised: ______________________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(7) Result: ______________________

(8) Date of result (if you know): ______________________

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______________________

(2) Docket or case number (if you know): ______________________

(3) Date of filing (if you know): ______________________

(4) Nature of the proceeding: ______________________

(5) Grounds raised: ______________________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(7) Result: ______________________

(8) Date of result (if you know): ______________________

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: District Court Lacked Jurisdiction In The Absence Of A Valid Indictment Or A Valid Waiver Of Indictment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Court proceeded in prosecution over 03 Cr 1277 in the absence of a grand jury indictment, or a valid waiver of grand jury indictment pursuant to Rule 7(b).

See Memorandum of Law in support.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Counsel failed to raise issue in direct appeal

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND TWO: Court Lacked Jurisdiction Over Count Three Which As Charged, Is Not a Codified Federal Crime.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Count three charges a violation of 924(c) and 2. §924(c) proscribes two distinct and separate offenses, which the Government charged together in a ~~duplitious~~ duplitious manner and as such, failed to charge a cognizable federal offense. See Memorandum of Law in Support

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Counsel failed to raise this issue in the direct appeal Brief.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND THREE: Guilty Plea Does Not Support Conviction For Counts Five And Six [§ 922(g)(5)]

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

At the Rule 11 hearing the Court expressly stated that Counts five and six charges "illegal possession" of a weapon. I stipulated to "[illegible] possession of firearm. Possession of firearm by itself, is not a codified federal crime, and it is unsure what offense the court accepted a guilty plea for, in counts five and six.

See Memorandum of Law in support of claim

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Counsel neglected to raise this issue in the appellate Brief, albeit, I had requested of him to do so.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND FOUR: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

A. Counsel Failed To Challenge Court's Lack of Jurisdiction
B. Appellate Counsel Failed To Challenge Denial Of Minor Role
C. Appellate Counsel Failed To Appeal Denial of Pre-Sentence Confinement Downward Departure.
D. Counsel Failed To Challenge Faulty Plea for Counts Three, Five & Six
E. Counsel Failed To Challenge Breach of Agreement and unknowingly Entered Waiver under Fed. R. Evid 410.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Counsel Neglected to raise these issues in Appellate Brief

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Grounds One, Two and Three were never presented in the Appellate Court on the grounds that counsel neglected to present them in the Brief. Ground Four issues on ineffective assistance are not fully developed on the records in the sentencing court and may require a hearing to establish additional evidence on ineffective assistance.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Roger Adler / [Ronald Tau (arraignment)] ~~Christopher Booth~~

(b) At arraignment and plea: Roger Adler

(c) At trial: ______

(d) At sentencing: Richard Palma

(e) On appeal: Richard Palma

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☑ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: United States District Court – Southern District of New York

(b) Give the date the other sentence was imposed: August 20th, 2010

(c) Give the length of the other sentence: Life

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☑ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate the sentence and conviction and to dismiss the case in its entirety

or any other relief to which movant may be entitled.

_______________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on August 16, 2012 (month, date, year).

Executed (signed) on August 16, 2012 (date).

R. Guna
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _______________________

IN FORMA PAUPERIS DECLARATION

United District Court (SDNY)

[Insert appropriate court]

* * * * *

AO 243
(Rev. 02/07)



# Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody

(Motion Under 28 U.S.C. § 2255)

RECEIVED
AUG 20 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

## Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for Southern District of New York
   Address 500 Pearl Street
   City, State Zip Code New York, NY 10007

9. CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.