UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                :
                                          :  **ORDER**
          v.                              :
                                          :  03 Cr. 1277 (AKH)
RODERICK GUNN,                            :  12 Civ. 6632 (AKH)
                                          :
                    Defendant.            :
                                          :
                                          :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      It is hereby ordered that Samuel Jacobson, currently representing Defendant Roderick Gunn in 6cr911, is assigned to represent Defendant in the above captioned matter as of February 14, 2024.

      SO ORDERED.

Dated:    February 14, 2024
           New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge